damages sought, based upon the stipulated liquidated damages of the agreement, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, with leave to the defendant to serve an amended answer within twenty days from service of order upon payment of said costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SAMUEL LEVINE and Others, Respondents, v. GREENFIELD-ROFFER CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

OTTO G. INNES, Respondent, v. HERMAN G. E. BORCHERT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM B. SHEARER, Appellant, v. BETHLEHEM SHIPBUILDING CORPORATION, LTD., Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM B. SHEARER, Appellant, v. BETHLEHEM SHIPBUILDING CORPORATION, LTD., Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The verified bill of particulars to be served within thirty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM B. SHEARER, Appellant, v. BETHLEHEM SHIPBUILDING CORPORATION, LTD., and Others, Defendants, Impleaded with AMERICAN BROWN BOVERI ELECTRIC CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The verified bill of particulars to be served within thirty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM B. SHEARER, Appellant, v. BETHLEHEM SHIPBUILDING CORPORATION, LTD., and Another, Defendants, Impleaded with NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The verified bill of particulars to be served within thirty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELSA KARCHER MANTIUS, Respondent, v. OTTO MANTIUS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELSA KARCHER MANTIUS, Respondent, v. OTTO MANTIUS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELSA KARCHER MANTIUS, Respondent, v. OTTO MANTIUS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELSA KARCHER MANTIUS, Respondent, v. OTTO MANTIUS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No. opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH BALTER, Appellant, v. PARAMOUNT PUBLIX CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements to the